**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Jerome R. Hodson, ) | CASE NO.:1:07CV 02085 |
| ) | |
| Plaintiff, ) | |
| vs. ) | JUDGE: O' Malley |
| ) | |
| ) | MAGISTRATE: Baughman |
| Javitch, Block, & Rathbone, ) | |
| ) | |
| Defendant. | |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Now comes Defendant Javitch, Block, & Rathbone, by and through undersigned counsel, and hereby moves this Court pursuant to Section 2 and Section 3 of the Federal Arbitration Act, to stay these proceedings, and compel the matter to binding arbitration, for the reasons that the two parties to the action are subject to a binding arbitration clause, which encompasses the claims as alleged by Plaintiff.  A memorandum in support is attached hereto and incorporated herein as though fully rewritten.

Respectfully Submitted:

/s/ R. Glenn Knirsch
R. Glenn Knirsch, SCR#0080770
Javitch, Block, & Rathbone LLP
1100 Superior Ave., 19th Floor
Cleveland, Ohio 44114
Ph:    (216) 623-0000 ex. 3088
Fax:   (216) 525-4962
E-mail: gknirsch@jbandr.com
Attorney for Defendant,
Javitch, Block, & Rathbone LLP.