IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jerome R. Hodson | : Case Number: 07-02085 |
| Plaintiff | : Judge Kathleen O'Malley |
| v. | : |
| Javitch, Block & Rathbone | : |
| Defendant | |

Affidavit

Plaintiff states under penalty of perjury that:

1) I have reviewed the "Statement of Facts" in the "Memorandum in Support of Defendant's Motion to Compel Arbitration."

2) It is not true that I "listed" the address of 101 Terrace Lane. **Cleveland**, OH 44144 when applying for a Capital One credit card in March, 2004 or in October, 2004.

3) I have lived in the City of Brooklyn, OH, since 1970 when I returned from Viet Nam and have never represented myself to live in Cleveland when applying for this or any other credit card.

4) My best recollection is that when I applied for the credit card I was asked to provide my home zip code. Based upon that, the "city" was assigned by the software system.

5) I had no understanding of what an arbitration agreement was in 2004 when I applied for these cards and did not knowingly agree to submit to arbitration by applying for a credit card.

_8-9-07_             _Jerome R. Hodson_
Date                                Plaintiff printed name

                                  _/s/ Jerome R. Hodson_
                                  Plaintiff signed name

SWORN TO AND SUBSCRIBED before me this _9th_ day of _August_ 2007.

                                             _Blake Owen_
                                             Notary Public
                                             My Commission Expires _/\_

BLAKE OWEN BREWER, Attorney at Law
Notary Public, State of Ohio
My Commission has no expiration date
Section 147.03 O. R. C